FILED

17 JAN 10 PM 4:00

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:            MPL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '17CR0086 DMS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Attempt to Distribute Methamphetamine and Cocaine; Title 18, U.S.C., Sec. 201(b)(2) - Receiving Bribe by Public Official; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 981(a)(1)(C) and Title 28, U.S.C., Sec. 2462(c) - Criminal Forfeiture |
| NOE LOPEZ, | |
| Defendant. | |

The grand jury charges:

## Count 1

(Attempt to Distribute Methamphetamine)

On or about December 6, 2016, within the Southern District of California, defendant NOE LOPEZ did knowingly and intentionally attempt to distribute 500 grams and more, to wit: approximately 2.73 kilograms (6 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

MJH:nlv:San Diego
1/10/17

## Count 2

### (Attempt to Distribute Cocaine)

On or about December 8, 2016, within the Southern District of California, defendant NOE LOPEZ did knowingly and intentionally attempt to distribute five kilograms and more, to wit: approximately 7 kilograms (15.4 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Counts 3-4

### (Receiving Bribe by Public Official)

On or about the dates below, within the Southern District of California, defendant NOE LOPEZ, a public official, that is, a United States Border Patrol Agent, did directly and indirectly corruptly demand, seek, receive, accept, and agree to receive something of value personally in return for being induced to do and omit to do an act in violation of defendant's official duties, as set forth below:

| Count | Date | Bribe |
|---|---|---|
| 3 | 12/7/16 | $3,000 USD for using his Border Patrol vehicle and law enforcement status to pick up purported methamphetamine thrown into the United States from Mexico and later delivering it to a purported drug trafficker. |
| 4 | 12/9/16 | $7,000 USD for using his Border Patrol vehicle and law enforcement status to pick up purported cocaine thrown into the United States from Mexico and later delivering it to a purported drug trafficker. |

All in violation of Title 18, United States Code, Section 201(b)(2).

//

//

//

2

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 4 are hereby realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. As a result of the commission of the felony offenses alleged in Counts 1 and 2 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant NOE LOPEZ shall, upon conviction, forfeit to the United States any and all property constituting, or derived from, any proceeds that the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this indictment, including, but not limited to, a money judgment in the amount of $10,000 and a 2011 black GMC Yukon XL, bearing California license plate 6RCL382.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant: a. cannot be located upon the exercise of due diligence; b. has been transferred or sold to, or deposited with, a third party; c. has been placed beyond the jurisdiction of the Court; d. has been substantially diminished in value; or e. has been commingled with other property which cannot be subdivided without difficulty;

//

//

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

4. Upon conviction of the offenses set forth in Counts 3 and 4 of the Indictment and pursuant to Title 18, United States Code Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), defendant NOE LOPEZ shall forfeit to the United States, all property, real and personal, which constitutes or is derived from proceeds traceable to the violation, including but not limited to a money judgment in the amount of $10,000.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

DATED: January 10, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
MICHAEL J. HEYMAN
Assistant U.S. Attorney

4