PROB 12B
(08/16)

July 23, 2024
pacts id: 3122383

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Noe Lopez (English)                    **Dkt. No.:** 17CR00086-001-DMS

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, Chief U.S. District Judge

**Sentence:** 70 months' custody as to each Counts 1 and 2, concurrent; 5 years' supervised release as to each Counts 1 and 2, concurrently *(Special Conditions:  Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 25, 2018

**Date Supervised Release Commenced:** January 6, 2021

**Prior Violation History:** None.

---

### PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Order of supervised release imposed on April 25, 2018, be terminated early.

### CAUSE

The purpose of this correspondence is to recommend the Court grant an early termination of supervised release. A dynamic risk assessment indicates the offender's risk of recidivism is low.  All special conditions ordered by the Court have been satisfied and a recent criminal record inquiry reveals no new criminal convictions. Additionally, pursuant to 18 U.S.C. §3583 (e)(1), all local and statutory criteria for early termination have been satisfied.  The U.S. Attorney's Office has been notified and joins in this recommendation.  It is respectfully recommended the Court find this action is warranted and grant an early term of supervised release.

Respectfully submitted:

by:

Paula D. Burke
Supervisory U.S. Probation Officer

mac

PROB12B

Name of Offender: Noe Lopez

Docket No.: 17CR00086-001-DMS

July 23, 2024

Page 2

Attachments:

## THE COURT ORDERS:

___X___  THE MODIFICATION OF CONDITIONS AS NOTED ABOVE TO TERMINATE SUPERVISION

_____  OTHER _____

_____

The Honorable Dana M. Sabraw
Chief U.S. District Judge

7/24/2024

Date